# EXHIBIT 1

## PHYSICAL EXHIBIT TO BE LODGED

### DANCING PUMPKIN MAN VIDEO.MP4