UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EPIC GAMES, INC.

CIVIL ACTION NO.: 19-CV-11215

*Plaintiff*

vs

SICK PICNIC MEDIA, LLC and MATTHEW F. GEILER

*Defendant*

## AFFIDAVIT OF SERVICE

State of Nebraska }
County of Douglas } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Nebraska,

That on **12/09/2019** at **12:14 PM** at **6720 S. 185th Ave., Omaha, NE 68135**

deponent served a(n) **issued Summons to Matthew F. Geiler, as-filed Complaint for Declaratory Judgment of Non-Infringement with exhibits 1-10, Individual Rules of Practice of Judge Paul G. Gardephe, and Compact Discs containing exhibits 1, 3, 7, 8 and 9 to the Complaint**

on **Matthew F. Geiler**

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

Description of Person Served:
Gender: Male
Skin: White
Hair: Brown
Age: 40 - 50 Yrs.
Height: Over 6'
Weight: 161-200 Lbs.
Other:

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
12 day of December, 2019

NOTARY PUBLIC

State of Nebraska – General Notary
JOHN J. THOMAS, JR.
My Commission Expires
August 27, 2023

Thomas J. Gorgen