UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EPIC GAMES, INC.,

        Plaintiff,

v.

SICK PICNIC MEDIA, LLC and MATTHEW F. GEILER,

        Defendants,

No. 1:19-cv-11215-PGG

### STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO ANSWER COMPLAINT

WHEREAS, on December 6, 2019, Plaintiff Epic Games, Inc. ("Plaintiff") filed a Complaint for Declaratory Judgment of Non-infringement (the "Complaint") against Defendants Sick Picnic Media, LLC and Matthew F. Geiler ("Defendants") asserting claims for declaratory judgment for non-infringement of copyright and declaratory judgment for non-infringement of trademark;

WHEREAS, Defendants' answer to the Complaint is presently due on December 30, 2019;

WHEREAS, in light of the holidays and the travel schedule of Defendants' counsel, Defendants seek a 30-day extension to file the answer, to January 29, 2020;

WHEREAS, this is Defendants' first request for an extension to file the answer;

WHEREAS, Plaintiff does not oppose Defendants' request;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that the time for Defendants to answer the

Complaint shall be extended by 30 days.  Defendants' answer to the Complaint will now be due January 29, 2020.

IT IS SO STIPULATED

Dated:  December 30, 2019

/s/ Dale M. Cendali (e-signed with consent)
Dale M. Cendali
Joshua L. Simmons
Shanti Sadtler Conway
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Tel:  (212) 446-4800
Fax:  (212) 446-6460
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
shanti.conway@kirkland.com

Megan L. McKeown
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX  77002
Tel:  (713) 836-3600
Fax:  (713) 836-3601
megan.mckeown@kirkland.com

*Counsel for Plaintiff Epic Games, Inc.*

/s/ Jeffrey A. Dennhardt
Jeffrey A. Dennhardt
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
jeffrey.dennhardt@wilmerhale.com

Louis W. Tompros
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel.:  (617) 526-6000
Fax:  (617) 526-5000
louis.tompros@wilmerhale.com

*Counsel for Defendants Sick Picnic Media, LLC and Matthew F. Geiler*

IT IS SO ORDERED.

Dated: __Jan. 2, 2020__, 2019

_____
Paul G. Gardephe
United States District Judge

2