## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EPIC GAMES, INC., <br><br>         **Plaintiff,** <br><br> - against - <br><br> SICK PICNIC MEDIA, LLC AND MATTHEW F. GEILER, <br><br>         Defendants. | Case No. 1:19-cv-11215 (PGG) <br><br> ECF Case <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Epic Games, Inc., through its counsel of record, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against all defendants.

Dated:  New York, New York
      January 8, 2020

                          */s/ Dale M. Cendali*

                          Dale M. Cendali
                          KIRKLAND & ELLIS LLP
                          601 Lexington Avenue
                          New York, NY  10022
                          Telephone:  (212) 446-4800
                          Facsimile:  (212) 446-6460
                          dale.cendali@kirkland.com

                          Attorney for Plaintiff Epic Games, Inc.